# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# Puking Ball

**Reg. No. 7,180,047**

**Registered Oct. 03, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

SKYBRIDGE ENTERPRISES LLC (NEW JERSEY LIMITED LIABILITY COMPANY)
20 stanley court
north haledon, NEW JERSEY 07508

CLASS 28: Stress relief exercise ball that releases a free-flowing play gel when squeezed

FIRST USE 5-14-2022; IN COMMERCE 5-14-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BALL"

SER. NO. 97-503,130, FILED 07-14-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office