# EXHIBIT 2.1

**Registration Number**
**VAu 1-472-471**
**Effective Date of Registration:**
May 12, 2022
**Registration Decision Date:**
June 29, 2022

## Title

**Title of Work:** PukingBall

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Anonymous
  **Author Created:** Sculptural Work
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Anonymous
20 Stanley Court, North Haledon, NJ, 07508

## Certification

**Name:** Nathan Deposki
**Date:** May 12, 2022

**Correspondence:** Yes

# EXHIBIT 2.2

**Registration Number**
**PA 2-449-431**
**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
January 16, 2024

## Title

**Title of Work:** Squishy Puking Ball Video

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 08, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nathanel Deposki
20 stanley court, north haledon

## Rights and Permissions

**Name:** Nathanel Deposki
**Email:** natedeposki@gmail.com

## Certification

**Name:** Nathanel Deposki
**Date:** December 04, 2023

# EXHIBIT 2.3

**Registration Number**
**PA 2-380-890**
**Effective Date of Registration:**
November 19, 2022
**Registration Decision Date:**
November 21, 2022

## Title

**Title of Work:** Puking Ball Video 1

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 15, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Nathanel Deposki
20 Stanley Court, North Haledon, NJ, 07508, United States

## Rights and Permissions

**Name:** Nathanel Deposki
**Email:** natedeposki@gmail.com
**Telephone:** (973)900-4721
**Address:** 20 stanley court
North Haledon, NJ 07508 United States

## Certification

**Name:** Nathanel Deposki

**Date:** November 19, 2022

---

**Correspondence:** Yes

# EXHIBIT 2.4

**Registration Number**
**PA 2-387-478**
**Effective Date of Registration:**
November 19, 2022
**Registration Decision Date:**
December 28, 2022

## Title

**Title of Work:** Puking Ball Video 2

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Nathanel Deposki
20 stanley court, North Haledon, NJ, 07508, United States

## Rights and Permissions

**Name:** Nathanel Deposki
**Email:** natedeposki@gmail.com
**Telephone:** (973)900-4721
**Address:** 20 stanley court
North Haledon, NJ 07508 United States

## Certification

**Name:** Nathanel Deposki

**Date:** November 19, 2022

# EXHIBIT 2.5.

**Registration Number**
**PA 2-383-294**
**Effective Date of Registration:**
December 06, 2022
**Registration Decision Date:**
December 06, 2022

## Title

**Title of Work:** Puking Ball Video 3

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 21, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nathanel Deposki
20 stanley court, North Haledon, NJ, 07508, United States

## Rights and Permissions

**Name:** Nathanel Deposki
**Email:** natedeposki@gmail.com
**Address:** 20 stanley court
North Haledon, NJ 07508 United States

## Certification

**Name:** Nathanel Deposki
**Date:** December 06, 2022

**Correspondence:** Yes

# EXHIBIT 2.6.

**Registration Number**
**PA 2-439-227**
**Effective Date of Registration:**
September 30, 2023
**Registration Decision Date:**
November 09, 2023

## Title

**Title of Work:** Puking Ball Video 4

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 26, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nathanel Deposki
20 stanley court, north haledon, NJ, 07508, United States

## Rights and Permissions

**Organization Name:** SKYBRIDGE ENTERPRISES LLC
**Name:** Nathanel Deposki
**Address:** 20 stanley court
north haledon, NJ 07508 United States

## Certification

**Name:** Nathanel Deposki
**Date:** September 30, 2023

# EXHIBIT 2.7.

**Registration Number**
**PA 2-490-049**
**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 17, 2024

## Title

**Title of Work:** Puking Ball Video 5

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 06, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Nathan Deposki
20 stanley court, north haledon, nj, 07508, United States

## Rights and Permissions

**Organization Name:** SKYBRIDGE ENTERPRISES LLC
**Name:** Nathanel Deposki
**Email:** natedeposki@gmail.com
**Telephone:** (973)900-4721
**Address:** 20 stanley court
north haledon, NJ 07508 United States

## Certification

**Name:** Nathanel Deposki
**Date:** August 02, 2024