# EXHIBIT 3

US00D986350S

(12) **United States Design Patent** (10) **Patent No.: US D986,350 S**
**Deposki** (45) **Date of Patent: ** May 16, 2023**

(54) **SQUISH TOY**

(71) Applicant: **Nathanel Deposki**, North Haledon, NJ (US)

(72) Inventor: **Nathanel Deposki**, North Haledon, NJ (US)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/859,906**

(22) Filed: **Nov. 15, 2022**

(51) **LOC (14) Cl.** .............................................. **21-01**

(52) **U.S. Cl.**
USPC ......................................... **D21/576**; D21/661

(58) **Field of Classification Search**
USPC .............. D21/576, 621, 630, 659, 623, 661; D6/599, 597; D30/160; D19/95, 96, 97
CPC ............ A63H 3/02; A63H 3/003; A63H 3/06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D254,224 S | | 2/1980 | Papas | | |
| D291,105 S | | 7/1987 | Ehrenfried | | |
| D324,087 S | * | 2/1992 | Crider | ......................... | D21/630 |
| D397,382 S | | 8/1998 | Gensler | | |
| D413,637 S | * | 9/1999 | McLeer | ...................... | D21/630 |
| D418,123 S | | 12/1999 | Koerner | | |
| D424,256 S | * | 5/2000 | Lindgren | .................... | D21/714 |
| D438,271 S | | 2/2001 | Wall | | |
| D471,932 S | | 3/2003 | Ravelo | | |
| D517,446 S | | 3/2006 | Thorsteinsson | | |
| D520,409 S | * | 5/2006 | Thorsteinsson | ................ | D19/66 |
| D544,399 S | * | 6/2007 | Newbould | .................... | D19/66 |
| D544,654 S | | 6/2007 | Hass et al. | | |
| D622,014 S | | 8/2010 | Miavitz | | |
| D636,035 S | | 4/2011 | Stella | | |
| D646,340 S | * | 10/2011 | Magers | ....................... | D21/659 |
| D646,733 S | | 10/2011 | Consorti | | |
| D656,565 S | | 3/2012 | Jones | | |
| D709,563 S | | 7/2014 | Baumann et al. | | |
| D738,968 S | | 9/2015 | Oz | | |
| D786,366 S | | 5/2017 | Hochstrasser | | |
| D811,496 S | | 2/2018 | Belker et al. | | |
| D822,127 S | | 7/2018 | Badie | | |
| D836,168 S | | 12/2018 | Badie | | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 138810 | * | 8/2011 |

OTHER PUBLICATIONS

Amazon Website, Puking Ball—Fidget Toy, Earliest Available Date: Nov. 9, 2022[Website Visited Jan. 6, 2023], Available on the internet URL https://www.amazon.com/Puking-Ball-Fidget-Stress-Sensory/dp/B0B7TNFPWH/ (Year: 2022).*

(Continued)

*Primary Examiner* — S. Bryan Reinholdt, Jr.
*Assistant Examiner* — James T Tyree
(74) *Attorney, Agent, or Firm* — Michael J. Feigin, Esq.; Feigin and Fridman LLC

(57) **CLAIM**

I claim the ornamental design for a squish toy, as shown.

**DESCRIPTION**

FIG. **1** is a front elevation view of the squish toy.
FIG. **2** is rear elevation view thereof.
FIG. **3** is a left side elevation view thereof.
FIG. **4** is a right side elevation view thereof.
FIG. **5** is a top plan view thereof.
FIG. **6** is a bottom plan view thereof.
FIG. **7** is a top and side perspective view thereof; and,
FIG. **8** is a bottom and side perspective view thereof.

**1 Claim, 2 Drawing Sheets**





(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D851,179 | S | 6/2019 | Kao et al. | |
| D873,932 | S | 1/2020 | Früh et al. | |
| D878,494 | S | 3/2020 | Hayashi et al. | |
| D972,660 | S * | 12/2022 | Yang | D21/621 |
| 2015/0238880 | A1 * | 8/2015 | Austin | A63H 3/16 446/376 |
| 2016/0361661 | A1 * | 12/2016 | Tiefel | A63H 33/003 |

OTHER PUBLICATIONS

Puking Ball Website, Puking Ball Kit, No Date Available [Website Visited Jan. 6, 2023], Available on the internet URL https://pukingball.com/products/puking-ball-red-slime (Year: NA) (Year: 2023).*

Amazon Website, Barf-Squishy Stress Ooze Ball by Ja-Ru, Earliest Available Date: Aug. 3, 2019[Website Visited Jan. 6, 2023], Available on the internet URL https://www.amazon.com/Barf-Squishy-Assorted-Squishy-Adults-Squeeze/dp/B07BDNQBMK/ (Year: 2019).*

Amazon website, UN Unitedtime 4-Pack Yellow Round Vomiting & Sucking Lazy Egg Yolk, Puking Egg Yolk Stress Ball, Vent Stress Tricky Game Relief Toys 4 Colors, Earliest Available Date located: Oct. 23, 2022 [Website Visited Jan. 20, 2023], Available on the internet URL https://www.amazon.com/UNITEDTIME-4-Pack-Yellow-Vomiting-Sucking/product-reviews/B0BDL9KXY9/ (Year: 2022).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*