**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Deposki et al,**

Case No. 1:26-cv-28115-RKA

**Plaintiff,**

**v.**

**The Partnerships, Unincorporated Associations Identified on Schedule A,**

**Defendants.**

_______________________________________/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, duly admitted to practice in this Court, hereby enters his appearance as counsel for the defendants Amazon Store： Okaybridal (Seller ID: ATKLAETZAITSQ).

in the above captioned matter.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Nov. 19, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC

9000 SW 157th St
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Nov. 19, 2026.

/s/ Jianyin Liu